UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHIRAM MILTON ARMSTEAD,**

    Petitioner,                    Civil No. 2:20-CV-10650
                                      HONORABLE NANCY G. EDMUNDS
v.                                 UNITED STATES DISTRICT JUDGE

**SHERRY BURT,**

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Nancy G. Edmunds, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on January 13, 2021.

    (1)   The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2)   A Certificate of Appealability is DENIED.

    (3) Petitioner is DENIED leave to appeal *in forma pauperis.*

                                                       DAVID J. WEAVER
                                                       CLERK OF THE COURT

**APPROVED:**
                                                       BY: s/ L. Bartlett
                                                       DEPUTY CLERK

s/ Nancy G. Edmunds
**HON. NANCY G. EDMUNDS**
**UNITED STATES DISTRICT COURT JUDGE**
**Dated:  January 13, 2021**